## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:04CR00291-12 JLH | |
| DAVID LYNN PORCH | | DEFENDANT |

### ORDER

Pending before the Court is the government's motion for revocation of defendant David Lynn Porch's supervised release. Document #1026. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **TUESDAY, JUNE 10, 2014, at 2:45 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **DAVID LYNN PORCH** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Justin Eisele is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 21st day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE