# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        NO. 4:04CR00291-12 JLH

DAVID LYNN PORCH                                                                            DEFENDANT

## AMENDED ORDER

Pending before the Court is the government's motion for revocation of defendant David Lynn Porch's supervised release. Document #1026. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **TUESDAY, JUNE 10, 2014, at 10:45 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

Assistant Federal Public Defender Justin Eisele is hereby appointed to represent defendant during revocation proceedings. Mr. Eisele is directed to inform defendant of the time change of the hearing.

IT IS SO ORDERED this 29th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE